**The below described is SIGNED.**

**Dated: December 29, 2009**

**JUDITH A. BOULDEN**
**U.S. Bankruptcy Judge**

_____

Paul M. Halliday, Jr., Bar Number 5076
Stephen B. Watkins, Bar Number 3400
Benjamin J. Mann, Bar Number 12588
HALLIDAY & WATKINS, P.C.
Attorneys for Mortgage Electronic Registration Systems, Inc.,
as nominee for EMC Mortgage Corporation
376 East 400 South, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 355-2886
Fax: (801) 328-9714
Email: bkdocs@halliday-watkins.com
File No: 31398

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br> DARREN BRENT CARDWELL <br><br> Debtor. | Bankruptcy Case No. 09B-33526 <br><br> Chapter 7 <br><br> **ORDER TERMINATING AUTOMATIC STAY AS TO MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR EMC MORTGAGE CORPORATION** <br><br> [Filed Electronically] |

**Filed: 12/29/09**

Based upon the Affidavit of Paul M. Halliday, Jr., filed herewith, and good cause appearing, the Court does hereby,

ORDER AS FOLLOWS:

That the automatic stay with respect to the following described real property:

> Lot 56, COUNTRYSIDE ESTATES, according to the official plat thereof on file and of record in the Salt Lake County Recorder's Office.;
> Commonly known as 6681 South Cassidy Lane, West Jordan, UT 84084;

be and is hereby modified and terminated as of the date hereof to permit EMC to pursue its rights and remedies against the said property under applicable law.

END OF ORDER

MAILING CERTIFICATE

I hereby certify that I mailed true and correct copies of the foregoing Order Terminating Automatic Stay by first class mail, postage prepaid, to each of the following:

Darren B. Cardwell
PO Box 1041
Riverton, Utah 84065
Debtor

Joel Marker
via ECF
Chapter 7 Trustee

Paul M. Halliday, Jr.
HALLIDAY & WATKINS, P.C.
via ECF

Date:

_____
U.S. Bankruptcy Court Deputy Clerk